

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 645 - 1, 2, 3 | **DATE** | 8/13/2008 |
| **CASE TITLE** | USA vs. Kevin Lamas, Dennis Zambrano, Hugh Fernando Zambrano | | |

**DOCKET ENTRY TEXT**

Arrest warrant(s) issued as to Kevin Lamas, Dennis Zambrano and Hugh Fernando Zambrano. Government's motion to seal the Criminal Complaint, Affidavit and Arrest Warrant(s) until 9/10/08 or until defendants appear in response to arrest is granted. Enter Order.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rbf |
|---|---|---|