
Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 645 - 1, 2, 3 | **DATE** | 8/14/2008 |
| **CASE TITLE** | USA vs. Kevin Lamas, Dennis Zambrano, Hugh Fernando Zambrano | | |

**DOCKET ENTRY TEXT**

Government's oral motion to unseal the case is granted. Case ordered unsealed in its entirety.

Notices mailed by Judicial staff.

Courtroom Deputy Initials: