Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 645 - 1 | **DATE** | 8/14/2008 |
| **CASE TITLE** | USA vs. Kevin Lamas | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 8/13/08. Defendant informed of his rights. The Court appoints Mary Judge as counsel for the defendant. Defendant waives his right to a preliminary examination hearing. Order defendant bound to the District Court for further proceedings. Government and defendant agree to certain conditions of release.  Defendant Kevin Lamas to be released after processing based on the agreement between parties as stated in open court. Defendant Lamas is given until 8/18/08 at 10:00 a.m. to comply with the bond conditions.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | rbf |
|---|---|---|