## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
United States  
v.  
Kevin Lamas

Case Number: 08 CR 645

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mr. Kevin Lamas

FILED  
AUG 14 2008  
MICHAEL T. MASON  
UNITED STATES MAGISTRATE JUDGE  
UNITED STATES DISTRICT COURT

| Field | Value |
|---|---|
| NAME (Type or print) | Mary H. Judge |
| SIGNATURE | /s/ Mary H. Judge |
| FIRM | Federal Defender Program |
| STREET ADDRESS | 55 E. Monroe St., Suite 2800 |
| CITY/STATE/ZIP | Chicago, IL 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6244586 |
| TELEPHONE NUMBER | 312/621-8300 |

| Question | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ✓