AO 442 (REV.3/92) Warrant for Arrest
Lisa M. Noller, AUSA, (312) 353-5314

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

KEVIN LAMAS,
DENNIS ZAMBRANO and
HUGH FERNANDO ZAMBRANO

**UNDER SEAL**

**WARRANT FOR ARREST**

CASE NUMBER: 08 CR 645

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __KEVIN LAMAS__
                                         Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

__Indictment  __Information  _X_Complaint  __Order of court  __Violation Notice  __Probation Violation Petition

charging him or her with (brief description of offense)

taking and carring away, with intent to steal or purloin, money of value exceeding $1,000, namely, $272,865 in United States Currency, belonging to, or in the care, custody, control, management, or possession of the JP Morgan Chase Bank, 45 Green Bay Road in Glencoe, Illinois, the proceeds of which were then insured by the FDIC,

in violation of Title __18__ United States Code, Section(s) __2113(b)__

Hon. Michael T. Mason
*[signature]*
Signature of Issuing Officer

(By) Deputy Clerk

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

Date and Location

**FILED**
8-14-08
AUG 1 4 2008

Bail fixed at $ _____ by _____
Name of Judicial Officer MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at __3477 N. Elston, Chicago, IL__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 08/13/2008 | Mark J. Piejsnar | *[signature]* |
| DATE OF ARREST | Special Agent - FBI | |
| 08/13/2008 | | |