UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 0645 |
| v. | ) | |
| | ) | Hon. Michael T. Mason |
| KEVIN LAMAS, DENNIS ZAMBRANO, | ) | |
| and HUGH FERNANDO ZAMBRANO | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has also been designated in the above captioned case.

>
> Respectfully submitted,
> PATRICK J. FITZGERALD
> United States Attorney
>
> By:   s/John Hauser
> John Hauser
> Assistant United States Attorney
> 219 South Dearborn Street
> Chicago, Illinois 60604
> (312) 353-8728

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

### ATTORNEY DESIGNATION

was served on August 22, 2008, in accordance with FED.R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

>
> s/John Hauser
> John Hauser
> Assistant United States Attorney
> 219 South Dearborn Street
> Chicago, Illinois 60604
> (312) 353-8728